# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | :: | |
| | :: | **CRIMINAL ACTION FILE** |
| v. | :: | |
| | :: | **NO. 1:13-CR-330-01-JEC-AJB** |
| **TAKIA OWENS,** | :: | |
| *a/k/a Takia Canty,* | :: | |
| | :: | |
| **Defendant.** | :: | |

## UNITED STATES MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION
## <u>CONCERNING PLEA OF GUILTY</u>

The defendant, by written consent, [Doc. __], has appeared before me with counsel and has tendered a plea of guilty to Count One of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, as well as any collateral consequences of her guilty plea, I have determined that (1) the defendant has knowingly, voluntarily and intelligently waived her constitutional rights, (2) her guilty plea was knowing and voluntary, and (3) the offense charged in the indictment to which she is pleading guilty is supported by an independent basis in fact establishing each of the essential elements of such offense.

I, therefore, **RECOMMEND** that the plea of guilty be **ACCEPTED** and that the defendant be adjudged guilty and have sentence imposed accordingly.

By separate order, the defendant is advised that her failure to file written objections to this Report and Recommendation within **fourteen (14)** days after service of a copy of this Report and Recommendation shall bar her from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

The Clerk is **DIRECTED** to terminate the referral to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this the 19th day of December, 2013.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)