IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TAKIA OWENS, et al.,<br><br>  Defendants. | CRIMINAL CASE NO.<br><br>1:13-cr-330-JEC-AJB |

**ORDER**

This case is before the Court on the Magistrate Judge's Reports and Recommendations [34, 38] recommending accepting defendants' pleas of guilty tendered on December 19, 2013. No objections to the Reports and Recommendations [34, 38] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Reports and Recommendations [34, 38] and **ACCEPTS** defendant Takia Owens' plea of guilty as to Count One of the Indictment and Ada Owens' plea of guilty as to Count One of the Indictment.

SO ORDERED this 23rd day of May, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)